Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 15−14410−jps**

**In re:**
Burt F. Jackson
**Aka** − NEOH Best Brbecue 1 LLC
7105 Brakeman Road
Painesville, OH 44077

**Social Security No.:**
xxx−xx−7742

## NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form B423, Certification About a Financial Management Course.

**Dated:** October 3, 2016    For the Court
Form ohnb132    Kenneth J. Hirz, Clerk