IT IS SO ORDERED.

Dated: 4 October, 2016 12:09 PM



JESSICA E. PRICE SMITH
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re: ) | Case No. 15-14410 |
| BURT F. JACKSON ) | Chapter 7 |
| Debtor. ) | |
| ) | Judge Jessica E. Price Smith |
| ) | |
| ) | **ORDER REOPENING CASE** |
| ) | |

This case was inadvertently closed on October 3, 2016, due to an administrative error.

IT IS THEREFORE ORDERED that this case is reopened without payment of filing fees.

###