FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

Case No: 15-14410 JPS Judge: JESSICA PRICE-SMITH   Trustee Name: SHELDON STEIN
Case Name: JACKSON, BURT F.   Date Filed (f) or Converted (c): 08/03/15 (f)
  341(a) Meeting Date: 09/11/15
For Period Ending: 09/30/16   Claims Bar Date: 04/21/16

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Residence 7105 Brakeman Road Painesville | 260,000.00 | 0.00 | | 0.00 | FA |
| 2. Vislana Lakes Orlando Florida, 1 week per year Dat | 500.00 | 0.00 | | 0.00 | FA |
| 3. Checking account through, JSC Federal Credit Union | 400.00 | 0.00 | | 0.00 | FA |
| 4. Checking account through, USAA | 50.00 | 0.00 | | 0.00 | FA |
| 5. Household Goods and Furnishings, Debtor's Possessi | 5,000.00 | 0.00 | | 0.00 | FA |
| 6. Wearing Apparel, Debtor Possession | 250.00 | 0.00 | | 0.00 | FA |
| 7. Jewelry, Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance Policy, through former employe | 1.00 | 0.00 | | 0.00 | FA |
| 9. Rallison & Associates, Farm located on Debtor's pr | 50.00 | 0.00 | | 0.00 | FA |
| 10. Anticipated 2015 tax refund | Unknown | 3,505.00 | | 3,505.00 | 0.00 |
| 11. 2010 Kia Soul with 70,000 miles Debtor's Possessio | 7,200.00 | 0.00 | | 0.00 | FA |
| 12. 2003 Chevy Suburban with 123,000 miles Debtor's Po | 4,581.00 | 0.00 | | 0.00 | FA |
| 13. Blueberry bushes on Debtor's land | 100.00 | 0.00 | | 0.00 | FA |
| 14. 1952 Ford Tracktor (not running) | 500.00 | 0.00 | | 0.00 | FA |
| 15. 1942 Farmall tracktor, Debtor's house | 1,000.00 | 0.00 | | 0.00 | FA |
| 16. VEHICLES-2003 Chevy K15 (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 17. VEHICLES-1997 Honda UAX (Civic) (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 18. VEHICLES-1998 Bass 17 Foot Boat and Motor (u) | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 19. VEHICLES-1993 Heavy Duty Truck Trailor (u) | 0.00 | 1.00 | | 0.00 | 1.00 |
| 20. OTHER MISCELLANEOUS-Fruad. Conveyance (u) Motor vehicle | 0.00 | 1.00 | | 0.00 | 1.00 |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $279,732.00   $6,509.00   $6,505.00   $4.00
(Total Dollar Amount in Column 6)

LFORM1   Ver: 19.06a

Case No: 15-14410   JPS   Judge: JESSICA PRICE-SMITH    Trustee Name: SHELDON STEIN
Case Name: JACKSON, BURT F.    Date Filed (f) or Converted (c): 08/03/15 (f)
341(a) Meeting Date: 09/11/15
Claims Bar Date: 04/21/16

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

9/28/16 - TC with Ron Roman and Steve Emery, Ron Roman to contact debtor to turn over property.

2/7/16. Motion for Turnover filed. Demand letter to ZJB Corporation sent

1/12/16 - Waiting for 2015 tax returns. Adversay by UST filed 1/11/16.  Turnover motion to be filed.

9/28/15 - Waiting on pictures of boat.

Initial Projected Date of Final Report (TFR): 02/01/17    Current Projected Date of Final Report (TFR): 02/01/17

/s/   SHELDON STEIN
_____   Date: 10/06/16
SHELDON STEIN

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 15-14410 -JPS | | Trustee Name: | SHELDON STEIN |
| --- | --- | --- | --- | --- |
| Case Name: | JACKSON, BURT F. | | Bank Name: | BANK OF KANSAS CITY |
| | | | Account Number / CD #: | *******5903 Checking Account |
| Taxpayer ID No: | *******9833 | | | |
| For Period Ending: | 09/30/16 | | Blanket Bond (per case limit): | $ 2,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/10/16 | 10 | IRS | Tax Refund | 1124-000 | 3,505.00 | | 3,505.00 |
| 06/13/16 | 18 | BURT F. JACKSON | Boat in Full | 1229-000 | 3,000.00 | | 6,505.00 |
| | | 7105 BRAKEMAN ROAD | | | | | |
| | | PAINESVILLE, OH 44077 | | | | | |
| 06/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,495.00 |
| 07/29/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,485.00 |
| 08/31/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,475.00 |
| 09/30/16 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 10.00 | 6,465.00 |

|  | | |
| --- | --- | --- |
| COLUMN TOTALS | 6,505.00 | 40.00 | 6,465.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 6,505.00 | 40.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,505.00 | 40.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Checking Account - ********5903 | 6,505.00 | 40.00 | 6,465.00 |
| | 6,505.00 | 40.00 | 6,465.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  6,505.00  40.00

Ver: 19.06a

LFORM24

15-14410-jps    Doc 36    FILED 10/06/16    ENTERED 10/06/16 12:36:33    Page 3 of 3